United States Court of Appeals
Fifth Circuit

**F I L E D**

June 24, 2003

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 02-51120
Summary Calendar

DANIEL A. RAMIREZ,

Petitioner-Appellant,

versus

DIRECTOR, OFFICE OF WORKER'S COMPENSATION PROGRAMS, U.S.
DEPARTMENT OF LABOR,

Respondent-Appellee.

Appeal from the United States District Court
for the Western District of Texas
(EP-02-CV-188-DB)

Before BARKSDALE, DeMOSS, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Daniel A. Ramirez appeals, *pro se*, the denial of his application for a temporary restraining order. We lack jurisdiction. *See, e.g., **Faulder v. Johnson***, 178 F.3d 741, 742 (5th Cir.), *cert. denied*, 527 U.S. 1018 (1999) (generally no appellate jurisdiction over denial of application for temporary restraining order); ***Matter of Lieb***, 915 F.2d 180, 183 (5th Cir. 1990) (same).

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.